REBECCA G. BOWEN, Respondent, v. ALPHONSUS L. POOLE and Others, Defendants; SAMUEL GOLDINGER and PHILIP KANTER, Assignees of TRACHSON BUILDING

CORPORATION, Purchasers, Appellants.— Motion for stay granted and stay continued upon condition that the undertaking already given be continued until the determination of the appeal with the consent of the surety company, or that a new undertaking, with corporate surety, be given; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.